

1  Thomas P. Kelly III, SBN 230699
   50 Old Courthouse Square, Suite 609
2  Santa Rosa, California, 95404-4926
   Telephone : 707-545-8700
3  Facsimile : 707-542-3371
   Email : tomkelly@sonic.net
4
   Attorney for Debtors
5  Narsi Samii
   Dounia Rofii Samii
6

The following constitutes the order of the Court.
Signed: April 7, 2021

_____
**Charles Novack**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>NARSI SAMII<br>DOUNIA ROFII SAMII<br><br>                Debtors.<br><br>SSN : XXX-XX-1038<br>SSN : XXX-XX-4706 | Case Number :  21-10111<br><br>Chapter 7<br><br>ORDER ON DEBTOR'S MOTION TO AVOID SECURED JUDICIAL LIEN OF WVJP 2018-3 LP<br><br><br>Date :  April 7, 2021<br>Time :  11:00am<br>Trustee:  Timothy W. Hoffman<br>Judge:  Hon. Charles Novak<br>Court:  99 South E Street<br>         Santa Rosa, California<br>         95404 |

    The matter of Debtors Narsi & Dounia Rofii Samii's motion for an Order to avoid the junior judicial lien of Creditor Codding Enterprises as assigned to WVJP 2018-3 LP on that real property owned by Debtors commonly known as 4672 Lambert Court, Santa Rosa, California, 95403 bearing Sonoma County Assessor's Parcel Number 058-300-050-000 came on regularly before this Court on April 7, 2021 at 11:00am. Thomas P. Kelly III appeared for the Debtor. Charles Maher appeared for the Chapter 7 Trustee Timothy Hoffman. Todd Curry appeared for Creditor WVJP 2018-3 LP.

    The Court, having considered the merits of the Motion, the pleadings on file, notice having been give to all parties in interest, and good cause appearing:

IT IS HEREBY ORDERED:

The junior judicial lien of Creditor Codding Enterprises as assigned to WVJP 2018-3 LP on that real property owned by Debtors commonly known as 4672 Lambert Court, Santa Rosa, California, 95403 bearing Sonoma County Assessor's Parcel Number 058-300-050-000 first recorded on November 8, 2011 in the original amount of $243,330.00 designated in the official records of Sonoma County as document number 2011-099376 and recorded a second time on October 7, 2019 in the original amount of $243,330.00 with a balance of $513,613.00 and designated in the official records of Sonoma County as document number 2019-072721 is hereby determined to be an involuntary judicial lien that impairs the homestead exemption claimed by Debtors, and is hereby avoided pursuant to 11 U.S.C. §522.

*** END OF ORDER ***

**COURT SERVICE LIST**

None.