

1  CURRY ADVISORS
A Professional Law Corporation
2    K. Todd Curry (149360)
185 West F Street, Ste. 100
3  San Diego, California 92101
Telephone:  (619) 238-0004
4  Fax Number: (619) 238-0006
email: tcurry@currylegal.com
5
Counsel for Secured Creditor
6  WVJP 2018-3, LP

**The following constitutes the order of the Court.**
**Signed: April 12, 2021**

_Charles Novack_

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

7

8

9           UNITED STATES BANKRUPTCY COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11               SANTA ROSA DIVISION

12  In re                          )   CASE NO. 21-10111
                                   )
13                                 )
    NARSI SAMII and               )   Chapter 7
14                                )
    DOUNIA ROFII SAMII,           )   ORDER GRANTING MOTION FOR
15                                )   RELIEF FROM THE AUTOMATIC STAY
                                  )   TO ALLOW COURT-APPOINTED
16        Debtors.                )   RECEIVER TO SELL REAL
                                  )   PROPERTY
17                                )
                                  )
18                                )
                                  )
19                                )   Date:    April 7, 2021
                                  )   Time:    11:00 a.m.
20                                )   Trustee: Timothy W. Hoffman
                                  )   Judge:   Hon. Charles Novack
21                                )   Court:   99 South E Street
                                  )            Santa Rosa, CA  95404
22  _____ )            (Via Tele/Videoconference)

23        The Motion for Relief from the Automatic Stay to Allow Court-Appointed Receiver to

24  Sell Real Property (the "Motion") [Docket No. 23] filed by WVJP 2018-3, LP ("WVJP") came

25  on for hearing on April 7, 2021, at 11:00 a.m., in the above-entitled Court, the Honorable Charles

26  Novack, Chief United States Bankruptcy judge, presiding.  Appearances via video conference

27  were noted on the record.

28  / / /

1        The Court having considered the Motion and the parties' positions on the matter; the

2  Court finding that the estate lacks equity in the Property; the Court declining to find that the

3  Debtors filed their Chapter 7 case in bad faith; notice appearing proper; and good cause

4  appearing therefor;

5        IT IS HEREBY ORDERED AS FOLLOWS:

6        1.     The Motion is granted pursuant to 11 U.S.C. § 362(d)(2) only.

7        2.     Relief from the automatic stay shall be and hereby is granted to allow the state

8  court Receiver, Krista Freitag of E3 Advisors (the "Receiver"), to sell that certain residential

9  rental property located at 195 Balboa Way, San Bruno, CA 94066 (the "Property"), and to pay all

10  liens and costs of sale (including but not limited to commissions, closing costs, and Receiver's

11  fees and expenses) at the closing or at such other time as the state court may authorize.  The

12  Receiver may also wind up the receivership estate if appropriate.

13        3.     The 14-day stay period under F.R. Bankr. P. 4001(a)(3) is waived.

14        4.     Notwithstanding any other provision of this Order, the Receiver shall not close the

15  sale of the Property until after this Court has entered an order confirming the Trustee's

16  abandonment of the Property pursuant to 11 U.S.C. § 554.

17                         **END OF ORDER**

18

19

20

21

22

23

24

25

26

27

28

-2-

1          COURT SERVICE LIST

2     N/A

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28