Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Timothy W. Hoffman,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DOUNIA ROFII SAMII<br>    *fka* Dounia Rofii<br>and<br>NARSI SAMII,<br><br>    Debtors. | Case No. 21-10111 CN<br>Chapter 7<br>Hon. Charles Novack<br><br>[No Hearing Requested] |

### REQUEST FOR ENTRY OF ORDER

Timothy W. Hoffman, Trustee in Bankruptcy of the estate of the above Debtors, respectfully represents:

1.  On March 30, 2021, the Trustee served on creditors, the United States Trustee, and other interested parties, and filed with the Court as Docket No. 42, his Notice and Opportunity for Hearing on Motion for Order Confirming Abandonment of Real Property (B.L.R. 9014-1(b)(3)) and Notice of Intent to Request Order Limiting Notice, as evidenced by the Certificate of Service / Declaration of Mailing filed as Docket No. 43. In addition to the Notice, the Trustee filed a Motion for Order Confirming Abandonment of Real Property (B.L.R. 9014-1(b)(3)) (195 Balboa Way, San Bruno, California) on March 30, 2021 as Docket No. 41.

2.  The Notice indicated that anyone who wished to object to the proposed abandonment was required to do so by filing a written objection with the Clerk of the United States Bankruptcy

Court and by serving a copy on counsel for the Trustee no later than 21 days from the date of the Notice. The last day for filing and serving objections was April 20, 2021. Counsel for the Trustee received no objections. Neither did the Trustee. No objection was filed.

WHEREFORE, the Trustee requests an order confirming his abandonment of all of the estate's right, title, and interest in the real property commonly known as 195 Balboa Way, San Bruno, California, as described in his March 30, 2021, notice to creditors.

DATED: April 21, 2021             RINCON LAW, LLP


                                  By: */s/Charles P. Maher*
                                      Charles P. Maher
                                      Counsel for Timothy W. Hoffman,
                                      Chapter 7 Trustee