

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Timothy W. Hoffman,
Chapter 7 Trustee

**The following constitutes the order of the Court.
Signed: April 21, 2021**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

    DOUNIA ROFII SAMII
       *fka* Dounia Rofii
    and
    NARSI SAMII,

       Debtors.

Case No. 21-10111 CN
Chapter 7
Hon. Charles Novack

**ORDER CONFIRMING ABANDONMENT OF REAL PROPERTY
(195 Balboa Way, San Bruno, California)**

    Based on the Trustee's request and the supporting declaration of counsel, and it appearing from those documents that notice has been adequate, that no objection has been filed or served, and that good cause exists, it is

    ORDERED that the abandonment under Bankruptcy Code Section 554 of all of the estate's right, title, and interest in the real property commonly known as 195 Balboa Way, San Bruno, California is confirmed.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.