The following constitutes the order of the Court.
Signed: May 19, 2021

_____
Charles Novack
U.S. Bankruptcy Judge

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors
Narsi Samii
Dounia Rofii Samii

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>NARSI SAMII<br>DOUNIA ROFII SAMII<br><br>                Debtors.<br><br>SSN : XXX-XX-1038<br>SSN : XXX-XX-4706 | Case Number :   21-10111<br><br>Chapter 7<br><br>ORDER ON DEBTORS' MOTION TO COMPEL ABANDONMENT BY CHAPTER 7 TRUSTEE<br><br>Date:      May 19, 2021<br>Time:     11:00am<br>Trustee:  Timothy W. Hoffman<br>Judge:   Hon. Charles Novak<br>Court:   99 South E Street<br>           Santa Rosa, California<br>           95404 |

The matter of the motion for an Order Compelling Abandonment of the Bankruptcy Estate's interest by Debtors Narsi Samii and Dounia Rofii Samii in that real property owned by Debtors commonly known as 4672 Lambert Court, Santa Rosa, California, 95403 bearing Sonoma County Assessor's Parcel Number 058-300-050-000 came on regularly before this Court on May 19, 2021 at 11:00am. Thomas P. Kelly III appeared for the Debtors. Charles Maher appeared for the Chapter 7 Trustee, Timothy Hoffman.

The Court, having considered the merits of the Motion, the pleadings on file, notice having been give to all parties in interest, and the conditional opposition of the Chapter 7 Trustee, and good cause appearing:

IT IS HEREBY ORDERED:

That real property owned by Debtors commonly known as 4672 Lambert Court, Santa Rosa, California 95403 bearing Sonoma County Assessor's Parcel Number 058-300-050-000 is

hereby deemed abandoned by the Bankruptcy Estate and the Chapter 7 Trustee, Timothy Hoffman.

Notwithstanding the abandonment of 4672 Lambert Circle, Santa Rosa, California, the bankruptcy estate retains ownership of claims in the bankruptcy case of Pacific Gas & Electric Company and the Fire Victim Trust related to 4672 Lambert Court, Santa Rosa, California.

*** END OF ORDER ***

**COURT SERVICE LIST**

None.